**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

RUTH FOOR,
    Plaintiff,

vs.                                                CASE NO. 8:06-CIV-44-T-17-TBM

MICHAEL J. ASTURE, etc.,
   Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Thomas B. McCoun III on September 7, 2007 (Docket No. 18). The magistrate judge recommended that the Court should find that the decision of the Commissioner of Social Security in not supported by substantial evidence or is not in accordance with the correct legal standards; the Court should reverse and remand the case for an award of benefits consistent with the R&R; and the Court should direct the Clerk of Court to enter judgment for the plaintiff and close the case.

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). No timely objections to the report and recommendation have been filed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980);

**Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation, dated September 7, 2007 (Docket No. 18) be **adopted** and **incorporated by reference**; the decision of the Commissioner of Social Security in not supported by substantial evidence or is not in accordance with the correct legal standards and, therefore, the Court reverses and remands the case for an award of benefits consistent with the report and recommendation; and the Court directs the Clerk of Court to enter judgment for the plaintiff and close the case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 26th day of September, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge